CONE BROTHERS CONTRACTING COMPANY, a corporation, CONTINENTAL CASUALTY COMPANY, v. LENA BETTIE ALLBROOK, a widow.

16 So. (2nd) 165                                        June Term, 1943
January 4, 1944                                          Division A

*McKay, Marfarlane, Jackson & Ferguson,* for appellant.
*Henry C. Tillman* and *Donn Gregory,* for appellee.

PER CURIAM:

This cause is before the Court on motion of appellee for additional counsel fees for prefessional services rendered in this Court as authorized by Subsection (1) of Section 440.34 Fla. Stats. 1941. The record reflects that the sum of $300.00 was allowed for services rendered by counsel for the appellee before the Industrial Commission and the additional sum of $100.00 for services rendered on appeal to the Circuit Court of Hillsborough County, Florida.

The further sum of $150.00 is hereby allowed counsel for appellee and the sum is taxed as cost against the appellant as authorized by Subsection (1) of Section 440.34, *supra.*

It is so ordered.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.